Official Form 17
(12/04)

# United States Bankruptcy Court

__Southern__ District Of __New York__

In re __Cabrini Medical Center__,
        Debtor

Case No. __09-14398 (AJG)__   Adv. Pro. No. 11-02407 (AJG)

Chapter __11__   Adv. Pro. No. 11-02261 (AJG)

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

__Guido Padula, Dilva Salvioni, Angelo Taranta and Mannuccio Mannucci__, the plaintiffs[*or defendant or other party*] appeal under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the __29th__ day of __February__, __2012__.
                                                 (month)      (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Parties:

Guido Padula, Dilva Salvioni, Angelo Taranta and Mannuccio Mannucci

Cabrini Medical Center

Attorneys:

Katherine B. Harrison, Jason J. Snyder and Lisia L. Leon Paduano & Weintraub LLP, 1251 Avenue of the Americas, 9th Floor, New York, New York 10065, (212) 785-9100

Jonathan P. Ibsen, Togut, Segal & Segal LLP, One Penn Plaza, Suite 335, New York, New York 10019, (212) 594-5000

Dated: __March 14, 2012__

Signed: __/s/ Katherine B. Harrison__
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: __Katherine B. Harrison, Esq.__

Address: __Paduano & Weintraub LLP, 1251 Avenue of the Americas, 9th Fl., New York, New York 10020__

Telephone No: __212-785-9100__

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*