Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Jonathan P. Ibsen
*Bankruptcy Counsel for the*
  *Post-Confirmation Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :     Case No. 09-14398 (AJG)
CABRINI MEDICAL CENTER,                             :     (Post-Confirmation)
                                                    :
                                Debtor.             :
-------------------------------------------------------------x
CABRINI MEDICAL CENTER,                             :
                                Plaintiff,          :     Adv. Pro. No. 11-02261(AJG)
         - against -                                :
                                                    :
GUIDO PADULA, DILVA SALVIONI                        :
ANGELO TARANTA AND                                  :
MANNUCCIO MANNUCCI                                  :
                                Defendants.         :
-------------------------------------------------------------x
MANNUCCIO MANNUCCI,                                 :
GUIDO PADULA, DILVA SALVIONI                        :
AND ANGELO TARANTA                                  :
                                Plaintiffs,         :     Adv. Pro. No. 11-02407(AJG)
         - against -                                :
                                                    :
CABRINI MEDICAL CENTER                              :
                                                    :
                                Defendant.          :
-------------------------------------------------------------x

## APPELLEE'S COUNTER DESIGNATION
## OF RECORD ON APPEAL

Cabrini Medical Center, the post-confirmation debtor herein (the "Debtor" or "Appellee") by its undersigned attorneys, pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby designate the following items to be included in the Record on Appeal:

2

1. The Docket in *In re Cabrini Medical Center,* United States Bankruptcy Court for the Southern District of New York, Case No. 09-14398; and

2. The Docket in *Mannuccio Mannucci, Guido Padula, Dilva Salvioni and Angelo Taranta v. Cabrini Medical Center,* United States Bankruptcy Court for the Southern District of New York, Adversary Proceeding Case No. 11-02407.

Dated:  New York, New York
   April 11, 2011

CABRINI MEDICAL CENTER,
Post-Confirmation Debtor
By its attorneys,
TOGUT, SEGAL & SEGAL, LLP

/s/ Jonathan P. Ibsen
FRANK A. OSWALD
JONATHAN P. IBSEN
One Penn Plaza, Suite 3335
New York, New York 10019
(212) 594-5000

2